# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**FRANKIE WILLIAMS,**
**ADC #95949**                                                                                                    **PLAINTIFF**

v.                          CASE NO. 2:11CV00053 BSM/JJV

**CORRECTIONAL MEDICAL**
**SERVICES et al.**                                                                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendants Correctional Medical Services and Dottie Yarbrough are dismissed from this action for plaintiff's failure to state a claim upon which relief may be granted.

DATED this 27th day of May 2011.

_____
UNITED STATES DISTRICT JUDGE