IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FRANKIE WILLIAMS,**
ADC #95949                                                                                      **PLAINTIFF**

v.                           CASE NO. 2:11CV00053 BSM/JJV

**CORRECTIONAL MEDICAL**
**SERVICES et al.**                                                                           **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The motion to dismiss filed by defendants Joseph Hughes and Don Ball [Doc. No. 16] is GRANTED.

2. Plaintiff's allegations against defendants Hughes and Ball are DISMISSED WITH PREJUDICE.

3. Defendants' request for attorneys fees and costs is denied.

4. Defendants' second motion to dismiss [Doc. No. 30] is denied as moot.

DATED this 12th day of September 2011.

UNITED STATES DISTRICT JUDGE