## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| FRANKIE WILLIAMS, ADC #95949 | PLAINTIFF |
| v.  2:11-cv-00053-BSM-JJV | |
| CORRECTIONAL MEDICAL SERVICES; *et al.*, | DEFENDANTS |

### ORDER

Defendants have filed a Motion for Judgment on the Pleadings (Doc. No. 48). If Plaintiff wishes to be heard on this Motion, he shall file a Response within fourteen (14) days of the date of this Order.

IT IS SO ORDERED this 14th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE