**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FRANKIE WILLIAMS,                                                                              PLAINTIFF
ADC #95949

v.                                        2:11-cv-00053-BSM-JJV

CORRECTIONAL MEDICAL
SERVICES; *et al.*,                                                                          DEFENDANTS

<u>**ORDER**</u>

Defendants have filed a Motion for Judgment on the Pleadings (Doc. No. 48).  If Plaintiff

wishes to be heard on this Motion, he shall file a Response within fourteen (14) days of the date of

this Order.

IT IS SO ORDERED this 14th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE