## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

FRANKIE WILLIAMS,
ADC #95949                                                    **PLAINTIFF**

v.                          **CASE NO. 2:11CV00053 BSM/JJV**

CORRECTIONAL MEDICAL
SERVICES et al.                                              **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' motion for judgment on the pleadings [Doc. No. 48] is granted.

2.      An appropriate judgment shall accompany this order.

DATED this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE