**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**FRANKIE WILLIAMS,**
**ADC #95949**                                                                                            **PLAINTIFF**

**v.**                              **CASE NO. 2:11CV00053 BSM/JJV**

**CORRECTIONAL MEDICAL**
**SERVICES et al.**                                                                                 **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed with prejudice,

and the relief sought is denied.

DATED this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE